UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                           **PLAINTIFF**

**VS.**                                    **CRIMINAL ACTION NO. 3:11CR-116-CRS**

**CASEY FRAKES**                                                                                 **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Mac Shannon, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter. The defendant, Casey Frakes, by consent with Jonathan S. Ricketts, CJA appointed counsel, appeared in open court on March 8, 2012, and entered pleas of guilty as to Counts 1 and 2 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1 and 2 in the Indictment and have sentence imposed accordingly.

Sentencing will be set for **Friday, May 25, 2012 at 1:30 p.m.** before the Honorable Charles R. Simpson, III, United States District Court Judge.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall **remain** under the terms and conditions of her present bond pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

20